# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2016

152363

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

                                             SC:  152363
                                             COA:  326718
                                             Eaton CC:  12-000370-FH

HEIP THE TRINH,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the August 14, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2016


Clerk

p0120